# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1644

_____

Howard Darrell Ogle; Marjorie Ogle,    *
                             *

         Appellants,        *

                             *    Appeal from the United States

      v.                    *    District Court for the Western

                             *    District of Missouri.

A.D.M. Milling Company; Lord, Bissell   *

& Brook; Don W. Fowler,        *         [UNPUBLISHED]

                             *

         Appellees.         *

_____

Submitted: November 15, 1999

Filed: November 23, 1999

_____

Before McMILLIAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Howard Darrell Ogle and Marjorie Ogle appeal the district court's Federal Rule of Civil Procedure 12(b)(6) dismissal of the Ogles' claims to recover state law damages for abuse of process and prima facie tort.

We review the grant of a motion to dismiss under a well-established standard. Because this is a diversity action, we review de novo questions of state law. Having reviewed the record and the parties' briefs, we are satisfied the district court correctly

applied the controlling state law and the record supports the district court's ruling. We also conclude a comprehensive opinion in this diversity case would lack precedential value. We thus affirm on the basis of the district court's ruling without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.